# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02904-RBJ-MJW

JECENIA MIRANDA,

      Plaintiff,

v.

NATIONAL CREDIT AUDIT CORPORATION, an Illinois corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 10th day of July, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge